DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
AUG 5 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ELIZABETH A. HANDLEY

Chapter 13
Case No. 05-3-1781 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $27.46 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 041 | CLERK OF THE COURT FOR GREAT SENECA/BANK FIRST 2 IRVINGTON CENTRE/702 KING FARM BL ROCKVILLE, MD 20850-5775 | $27.46 |

Dated: August 4, 2010

CECILIA MARCELO
Receipts Administrator